UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAMS ADARBEH<br><br>                Plaintiff,<br><br>v.<br><br>PETER KEISLER, Acting Attorney General of the United States; the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; UNITED STATES CITIZEN AND IMMIGRATION SERVICE; DR. EMILIO T. GONZALEZ, Director United States Citizen and and Immigration Service; ANDREA QUARANTILLO, District Director, Newark New Jersey Center of the United States Citizen and Immigration Service, U.S. Attorney's Office,<br>                Defendants. | Civil Action No. 07-4938 (PGS)<br><br>ORDER |

This matter comes before the Court on defendants' motion to dismiss, pursuant to Fed. Civ. R. 12 (b)(1), Plaintiff Shams Adarbeh's Complaint seeking to compel defendants to expedite her application to adjust status to lawful permanent resident. Having considered the parties' briefs and supporting papers; and for the reasons set forth on the record; and for good cause shown

IT IS on this 25th day of April, 2008;

**ORDERED** that defendant's motion to dismiss plaintiff's Complaint, pursuant to Fed. R. Civ. P. 12(b)(1), be is and hereby granted.

April 25, 2008

PETER G. SHERIDAN, U.S.D.J.